# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **Winston Gerald Littlejohn,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:16-cv-00386-FDW |
| | ) | 3:06-cr-00163-FDW |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 9, 2019 Order.

December 9, 2019

Frank G. Johns, Clerk
United States District Court